UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
MAY - 1 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

RONNIE L. WILLIAMS, JR., # 384597,

Petitioner,

v.                                                                   ACTION NO. 2:08cv541

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

Respondent.

## FINAL ORDER

The Court has received and filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. The petition alleges violation of federal rights pertaining to petitioner's convictions on November 9, 2007, in the Circuit Court of the City of Hampton for carjacking, as a result of which he was sentenced to serve fifteen years in the Virginia penal system.

The petition was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The Magistrate Judge's Report and Recommendation filed April 10, 2009, recommends that Respondent's motion to dismiss be GRANTED, and that Williams's petition for writ of habeas corpus be DISMISSED without prejudice to allow Petitioner to exhaust state remedies. The Court has received no objections to the Report and Recommendation and the time for filing objections has expired.

The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed April 10, 2009, and it is therefore ORDERED that Respondent's Motion to Dismiss be GRANTED, and that the petition be DISMISSED without prejudice. It is further

ORDERED that judgment be entered in favor of Respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to Petitioner and to counsel of record for Respondent.

/s/
Jerome B. Friedman
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

May 1, 2009